UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vincent Payne,

    Plaintiff,

           v.                                     Case No.   1:16cv514

Nicholas J. Gifford, *et al.*,               Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 30, 2016 (Doc. 6).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 6) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's claims against defendant Mahlman are **DISMISSED** consistent with the recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                                     *s/Michael R. Barrett*
                                                                       Michael R. Barrett
                                                                       United States District Judge